JOHN STREEP v. TOWNSHIP COUNCIL OF THE TOWNSHIP OF GLOUCESTER.

May 30, 1979.  Petition for certification denied.

RUSSELL R. GORE v. RUBERT BITER.

May 30, 1979.  Petition for certification denied.

CIRO D'AMBROSIO v. BOARD OF EDUCATION OF THE BOROUGH OF PALISADES PARK.

May 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY PIGFORD.

May 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. LILLIE MAE HOWARD.

May 30, 1979.  Petition for certification denied.

KEITH BERRY v. V. PONTE & SONS.

May 30, 1979.  Petition for certification denied.  (See 166 *N.J.Super.* 513).